In the Matter of the Accounting of ARTHUR V. JENNINGS, as Coadministrator of the Estate of WALTER F. JENNINGS, Deceased, Respondent. JOSEPHINE JENNINGS et al., Appellants.—

No opinion. Appeal by William J. Jennings dismissed, without costs, on the ground that he is not a party aggrieved with respect to an order directing the examination of Josephine Jennings. Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ., concur.